Filed 11 OCT 2023 04:12:00
USBC WAWD TACOMA JMH

DKt 1, DKt 2

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _Brenda Johnson_ (name), certify that service of this summons and a copy of the complaint was made _9/7/2023_ (date) by: _Brenda M. Johnson_

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: _United Food + Commercial Workers (UFCW) Washington State Council 2805 N. Market St Spokane, WA 99207-5553_

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _9/7/2023_  Signature _Brenda M. Johnson_

Print Name: _Brenda M. Johnson_

Business Address: _425 South Tacoma Tacoma WA 98406_

_45-41795-bd1_
_23-04031_

Filed 11 OCT 2023 PM12:08 USBC WDWA TACOMA

DKT 1, DKT 2

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, ___Brenda M Johnson___ (name), certify that service of this summons and a copy of the complaint was made ___11/15/2022___ (date) by: **Brenda M Johnson**

Updated on 11/21/2022 as requested

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Albertson/Safeway / Cerberus Capital Management

    C T CORPORATION SYSTEM
    Street Address:
    711 CAPITOL WAY S STE 204, OLYMPIA, WA, 98501-1267, UNITED STATES

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 9/7/2023    Signature *Brenda M. Johnson*

Print Name: **Brenda M Johnson**

Business Address:

15-41795
23-04031

**425 south Tacoma**
**Tacoma Washington 98406**
~~253-650-0498~~
**brendajtacoma@aol.com**